Argued and submitted January 14, reversed and remanded February 5, 1986

MICHAEL DODSON,
*Appellant,*

*v.*

KEENEY
*Respondent.*

(85-0457; A36577)

713 P2d 691

Jay R. Jackson, Salem, argued the cause and filed the brief for appellant.

S. Jay Seymour, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

In this post-conviction relief proceeding, the state concedes error. Reversed and remanded with instructions to remand the case to the trial court for resentencing. *See State v. DeChenne,* 39 Or App 901, 594 P2d 831 (1979).